No. 549, Misc. KARIKAS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward L. Carey* and *Walter E. Gillcrist* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 555, Misc. SASSER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 574, Misc. SAWYER *v.* WASHINGTON ET AL. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Ralph Olson,* Assistant Attorney General, for respondents.

No. 601, Misc. JONES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 602, Misc. YOUNG *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States et al.

No. 613, Misc. WHITING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *J. Robert Lunney* for petitioner.